3

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 17 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| FELIPE MAGALLANES,<br>    Plaintiff-Petitioner, | §<br>§<br>§ | CIVIL ACTION NO. B-00-038 |
| VS. | §<br>§ | CRIMINAL NO. B-97-326-02 |
| UNITED STATES OF AMERICA,<br>    Defendant-Respondent. | §<br>§<br>§ | |

### O R D E R

Petitioner, Felipe Magallanes, has filed a Motion To Vacate Sentence pursuant to Title 28, U.S.C. § 2255. Petitioner will be allowed to proceed in Forma Pauperis. The United States Government is hereby ordered to file a response by May 1, 2000.

DONE at Brownsville, Texas, this 16th day of March, 2000.

John Wm. Black
United States Magistrate Judge