5

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

United States District Court
Southern District of Texas
ENTERED

APR 2 6 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| FELIPE MAGALLANES, | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-00-38 |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| Respondent. | § | |

ORDER

Pending before this Court is Petitioner's Motion Requesting Leave to Supplement Section 2255 Pleading. (Docket No. 2). After careful consideration of said matter, the Court is of the opinion that this motion shall be **GRANTED**. The Amended Pleading will be due in this Court no later than May 26, 2000.

DONE at Brownsville, Texas on this 25th day of April, 2000.

_____
John William Black
United States Magistrate Judge