IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| RESPONDENT, | § | |
| v. | § | Crim. No. B-97-326-02 |
| | § | |
| FELIPE MAGALLANES, | § | |
| PETITIONER. | § | |
| (C.A. No. B-00-038) | § | |

## ORDER

The United States' motion for a 45-day extension of time to file its response to Magallanes' petition under 28 U.S.C. § 2255 until June 14, 2000, is hereby GRANTED.

DONE THIS 4TH DAY OF MAY 2000, AT BROWNSVILLE, TEXAS

HON. JOHN WILLIAM BLACK
UNITED STATES MAGISTRATE JUDGE