11

United States District Court
Southern District of Texas
ENTERED

AUG 3 0 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

| | | |
|---|---|---|
| FELIPE MAGALLANES | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-00-38 |
| | § | |
| UNITED STATES OF AMERICA | § | |

## ORDER

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of August 22, 2000 should be **ADOPTED.**

IT IS ORDERED that Felipe Magallanes' 28 U.S.C. Petition be **DENIED**.

IT IS FURTHER ORDERED that the Government's Motion for Dismissal be **GRANTED**.

DONE at Brownsville, Texas on this 30th day of August, 2000.

_____
Filemon B. Vela
United States District Court Judge